# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

JAN 20 2026 PM 2:03
FILED-USDC-CT-NEW HAVEN

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Milton & Dana Ward

v.

City of Meriden

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Milton & Dana Ward (Plaintiff) is a citizen of CT (State) who presently resides at 47 Ridgeview Rd. (mailing address).

2. Defendant City of Meriden (name of first defendant) is a citizen of CT (State) whose address is 142 East Main St Meriden, CT 06450

3. Defendant _____ is a citizen of _____
   (name of second defendant)                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

My husband and I moved to Meriden, CT November 2021 I am a Retired Correction officer 21 years Connecticut Dept of Correction. Within three months of purchase of the property, Meriden raised the taxes on my property Thirteen Hundred Dollars. The same year 2022 in July the City raised the taxes again nearly Five Hundred Dollars. I went to City Hall of Meriden several times spoke with the Assessor's Office and Finance Director Kevin McNabla filed paperwork for an appeal, last year they took off only for a generator that I never had, the previous owner took her generator when she sold the property. I am a Realtor in Connecticut I understand how the taxes (mill rate) work. I searched my neighbor taxes and many property taxes in the Town of Meriden. I found properties with much more sq. footage and acreage pay less taxes. I have a 1500 sq. footage 2 car garage home. I went from $4356 property taxes to $7388 in a matter of 4 years, Absolutely insane. The previous owner taxes did not go up in 10 years. City of Meriden has illegally gone up on my taxes $3,000.00 in 4 years. Discrimination is what I call it.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I know with all my findings and research I am being Discriminated against because of my race.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I have done (CMA) Certified marketing analysis on hundred of houses in the Town of Meriden. I am a Realtor in the State of CT.

**Claim II:** _____

Supporting Facts:

3

# E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

# F. JURY DEMAND

Do you wish to have a jury trial?   Yes            No

_____      *[signature]*
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____
Printed Name     **Printed Name**
    Dana Ward
    47 Ridgeview Rd
    Meriden, CT 06451
( )     (203) 361-0013
Attorney's full address and telephone     Plaintiff's full address and telephone

    dbrooks0323@gmail.com
Email address if available     Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on ___1/20/2026___
               (location)                        (date)

*[signature]*
**Plaintiff's Original Signature**

(Rev.3/29/16)

5